UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUINTIN BALLENTINE,

                            Plaintiff,

            -against-                                          25-CV-5608 (LLS)

DEPARTMENT OF HEALTH AND HUMAN                    ORDER OF DISMISSAL
SERVICES, et al.,

                            Defendants.

LOUIS L. STANTON, United States District Judge:

        By order dated March 12, 2026, the Court directed Plaintiff to file an amended pleading

within 30 days. That order specified that failure to comply would result in dismissal of the

complaint. Plaintiff has not filed an amended pleading. Accordingly, the complaint, filed *in*

*forma pauperis* ("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed for the reasons set forth in the

order dated March 12, 2026.

        The Court directs the Clerk of Court to enter a civil judgment in this action.

SO ORDERED.

Dated:    April 23, 2026
          New York, New York

                                            _____
                                                  Louis L. Stanton
                                                  U.S.D.J.