UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUINTIN BALLENTINE,

                          Plaintiff,

          -against-

DEPARTMENT OF HEALTH AND HUMAN
SERVICES, ET AL.,

                          Defendants.

25-cv-5608 (LLS)

CIVIL JUDGMENT

          For the reasons stated in the April 23, 2026, order, the complaint, filed in forma pauperis

("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed.

SO ORDERED.


 Dated:    April 27, 2026
           New York, New York


                                             /s/ Louis L. Stanton
                                             Louis L. Stanton
                                         United States District Judge